

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-15-00328-CV

Michael **IDROGO**,
Appellant

v.

Sarah **GARRAHAN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12389
Honorable John D. Gabriel, Jr., Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 29, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

_____
Keith E. Hottle, Clerk